IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| PAUL LELKO<br>Plaintiff | § § § § | |
| v. | § | CIVIL ACTION NO.: 4:16-cv-00966 |
| TRUMBULL INSURANCE COMPANY<br>Defendant | § § § | |

## PARTIES' AGREED MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE COURT:

Plaintiff Paul Lelko ("Plaintiff") and Defendant Trumbull Insurance Company ("Trumbull"), file this Agreed Motion to Dismiss with Prejudice and respectfully show the following:

### I.
### PROCEDURAL POSTURE

Plaintiff sued his home owner's insurance carrier for coverage under the insurance policy, based on a storm that allegedly damaged the property located at 2501 Flagstone Drive, Plano, Texas 75075 on or about March 23, 2015. The insurance policy is identified as Policy Number 55RBE237872 issued by Trumbull Insurance Company. Plaintiff and Trumbull have entered into a confidential settlement to amicably resolve all claims and damages. Trumbull denies all liability to Plaintiff.

### II.
### AGREED MOTION TO DISMISS

Because this case has been amicably settled with respect to all claims asserted, or that could have been asserted by Plaintiff, the Parties respectfully request that this Court dismiss this case

with prejudice with each party bearing its own respective costs and attorneys' fees. A proposed Agreed Order of Dismissal with Prejudice is attached.

### III.
### PRAYER

Plaintiff and Sentinel respectfully pray that this court sign the attached Agreed Order of Dismissal with Prejudice.

Respectfully submitted,

_____
David Bergen
Texas Bar No. 24097371
Daly & Black, P.C.
2211 Norfolk Street, Suite 800
Houston, Texas 77098
Telephone: (713) 655-1405
Facsimile: (713) 655-1587
Email: dbergen@dalyblack.com

ATTORNEY FOR PLAINTIFF

_____
Martin R. Sadler
Federal Bar No. 18230
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, A Law Corporation
801 Travis Street, Suite 1800
Houston, Texas 77002
Telephone: (713) 222-1990
Facsimile: (713) 222-1996
Email: msadler@lawla.com

ATTORNEY FOR DEFENDANT

### Certificate of Service

This is to certify that a true and correct copy of the above pleading has been forwarded by electronic service on this, the 18th of May, 2017.

David Bergen
Daly & Black, P.C.
2211 Norfolk Street, Suite 800
Houston, Texas 77098

_____
Martin R. Sadler