IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| PAUL LELKO<br>  Plaintiff | §<br>§<br>§<br>§ | |
| v. | § | CIVIL ACTION NO.: 4:16-cv-00966 |
| | § | |
| TRUMBULL INSURANCE COMPANY<br>  Defendant | §<br>§<br>§ | |

## ORDER OF DISMISSAL

Before the court is the *Parties' Agreed Motion to Dismiss with Prejudice [Dkt. #15]*. Accordingly, all claims in the above-captioned case are DISMISSED WITH PREJUDICE, with each party to bear his or its own costs and attorneys' fees.  This case shall be closed.

It is SO ORDERED.

**SIGNED this the 25th day of May, 2017.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE